IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02757-REB-MJW

TIMOTHY C. JORDAN,

Plaintiff,

v.

DILLON COMPANIES d/b/a King Soopers, Inc.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion to Vacate and Reschedule Scheduling Conference (Docket No. 9) is GRANTED. The Scheduling Conference set for December 6, 2013 at 10:00 a.m. is VACATED. The Scheduling Conference is RESET for January 15, 2014 at 2:30 p.m.

Date: November 25, 2013