IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02757-REB-MJW

TIMOTHY C. JORDAN,

Plaintiff,

v.

DILLON COMPANIES d/b/a King Soopers, Inc.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that plaintiff's Unopposed Motion to Vacate and
Reschedule Scheduling Conference (Docket No. 14) is GRANTED.  The Scheduling
Conference set for January 15, 2014 at 2:30 p.m. is VACATED.  The Scheduling
Conference is RESET for January 22, 2014 at 11:00 a.m.

Date: January 7, 2014