IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02757-REB-MJW

TIMOTHY C. JORDAN,

Plaintiff,

v.

DILLON COMPANIES d/b/a King Soopers, Inc.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that Plaintiff's Motion to Amend Scheduling Order (Docket No. 22) is GRANTED for good cause shown. The court notes that nothing precludes it from ruling on a motion at any time after it is filed. D.C.COLO.LCivR 7.1(d). The Scheduling Order (Docket No. 19) is amended as follows:

1. The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 23, 2014;

2. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 14, 2014; and

3. The discovery cut-off date is extended to August 15, 2014.

Date: May 29, 2014