IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02757-REB-MJW

TIMOTHY C. JORDAN,

Plaintiff,

v.

DILLON COMPANIES d/b/a King Soopers, Inc.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (Docket No. 26) is GRANTED for good cause shown as follows. The Scheduling Order (Docket No. 19) is amended to extend: (1) the discovery cut-off date, only for the purpose of conducting the four depositions as outlined in the subject motion, to August 29, 2014; and (2) the dispositive motions deadline to September 19, 2014.

Date: July 17, 2014