**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-02757-REB-MJW

TIMOTHY C. JORDAN

    Plaintiff

v.

DILLON COMPANIES
*doing business as* King Soopers Inc

    Defendant

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Granting Defendant's Motion for Summary Judgment (Doc. No 49)** of Judge Robert E. Blackburn entered on November 20, 2014. It is

ORDERED that **Defendant's Motion for Summary Judgment** [#29], filed September 19, 2014, is **GRANTED**; that plaintiff's claims in this lawsuit are **DISMISSED WITH PREJUDICE**; and that defendant is **AWARDED** its costs, to be taxed by the clerk of the court in the time and manner specified by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 20th day of November, 2014.

           FOR THE COURT:
           JEFFREY P. COLWELL, CLERK

    By:  s/   A. Lowe

           A. Lowe
           Deputy Clerk